UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

UNITED STATES OF AMERICA

-v-  06 CR 866 (CM)
     06 CR 914 (SCR)

ALBERT SMITH,

             Defendant.

---

McMahon, J.

## ORDER ACCEPTING THE PLEA ALLOCUTION BEFORE A U.S. MAGISTRATE JUDGE

      On May 16, 2007, United States Magistrate Judge George A. Yanthis presided over the plea allocution in the above captioned matters and reported and recommended that the named defendant's pleas of guilty be accepted. This Court referred 06 CR 866 (CM) to the Magistrate Yanthis and Judge Robinson referred 06 CR 914 to the Magistrate Yanthis. The Court having reviewed the transcript of the allocution, the charging papers, and all other pertinent parts of the record, finds that the pleas accord with the requirements of Rule 11 of the Federal Rules of Criminal Procedure. Accordingly, the Court adjudges defendant guilty of the offense(s) to which the guilty plea in 06 CR 866 (CM) was offered. The Clerk is directed to enter the plea.

SO ORDERED:

_____
Colleen McMahon, U.S.D.J.

June 15, 2007
White Plains, NY

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _____