

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

---

**MEMO ENDORSED**

United States District Courthouse
300 Quarropas Street
White Plains, New York 10601

July 2, 2020

**BY ECF**

The Honorable Kenneth M. Karas
United States District Court
Southern District of New York
300 Quarropas Street
White Plains, New York 10601

    Re:    *United States v. Albert Smith*, 06-cr-00866 (KMK)

Dear Judge Karas:

    The Government writes, with the consent of the defense, to seek an approximately sixty day adjournment of the upcoming hearing in this matter, currently scheduled for July 14, 2020. The parties anticipate that the defendant will enter a guilty plea at the next hearing date, and the parties are prepared to proceed to sentencing. The parties are seeking the adjournment in light of the warnings against travel on public transportation and the guidance encouraging limited contact in light of COVID-19. The Government notes that the defendant has pleaded guilty to one count of conspiracy to distribute heroin, in violation of 21 U.S.C. § 841(b)(1)(B) and 846, in *United States v. Albert Smith*, 19-cr-576 (CS), and therefore faces a mandatory minimum sentence of at least 60 months in that proceeding.

    Respectfully submitted,

    AUDREY STRAUSS
    Acting United States Attorney

By: /s/
    Christopher D. Brumwell
    Assistant United States Attorney
    914-993-1966

*Granted. The Court will hold a conference on Sept 24, 2020 at 11:00 AM*

SO ORDERED

KENNETH M. KARAS U.S.D.J.

7/22/2020